CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268 / Fax: 702.388.6418
jessica.oliva@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BAPTISTA TROMPETA CABALLERRO,<br><br>Defendant. | Case no. 2:21-mj-00321-BNW<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for**<br>**Juan Baptista Trompeta Caballerro**<br>**(Id #01796379)** |

The petition of the United States Attorney for the District of Nevada respectfully shows that JUAN BAPTISTA TROMPETA CABALLERRO is committed by due process of law in the custody of the Warden, CLARK COUNTY DETENTION CENTER, Las Vegas, Nevada 89101, that it is necessary that the said JUAN BAPTISTA TROMPETA CABALLERRO be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said Defendant may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on April 20, 2021, at the hour of

3:30 p.m., for an identity hearing[1] and from time to time and day to day thereafter until excused by the said Court.

That the presence of JUAN BAPTISTA TROMPETA CABALLERRO before the United States District Court on or about April 20, 2021 at the hour of 3:30 p.m., for an identity hearing and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, CLARK COUNTY DETENTION CENTER, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said DEFENDANT before the United States District Court on or about April 20, 2021, at the hour of 3:30 p.m., for an identity hearing and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, CLARK COUNTY DETENTION CENTER, Las Vegas, Nevada.

Respectfully submitted this 16th day of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*s/ Jessica Oliva*
JESSICA OLIVA
Assistant United States Attorney

---

[1] Defendant was ordered released from federal custody on April 15, 2021, and ordered to appear on April 20, 2021. The Clark County Inmate Search provides that defendant is currently in the custody of the Clark County Detention Center. The United States Marshals Service has indicated that they anticipate being able to make defendant available by April 20, 2021 if provided a writ by close of business on April 16, 2021.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN BAPTISTA TROMPETA<br>CABALLERRO,<br><br>　　　　　Defendant. | 2:21-mj-00321BNW<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for Juan Baptista Trompeta Caballerro (Id #01796379)** |

　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of JUAN BAPTISTA TROMPETA CABALLERRO before the United States District Court at Las Vegas, Nevada, on or about April 16, 2021, at the hour of 3:30 p.m. for an identity hearing and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　DATED:   April 16, 2021

_____
UNITED STATES MAGISTRATE JUDGE